The People of the State of Illinois ex rel. Emily Benka, appellee, v. David Mizner, appellant. Gen. No. 34,787.

Opinion filed June 15, 1931.

Joseph H. Nicolai, for appellant. John A. Swanson, State's Attorney, for appellee; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Leona Wilbur, appellee, v. Kabo Corset Company, appellant. Gen. No. 34,829.

Opinion filed June 15, 1931.

Fyffe & Clarke, for appellant. No appearance for appellee.

Mr. Justice Friend delivered the opinion of the court.

Frank Mera, appellee, v. Philip J. Kealy, appellant. Gen. No. 34,599.

Opinion filed June 15, 1931.

J. Arthur Kealy, for appellant. Lorne D. Milne, for appellee; Ernest C. Reniff, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Marcella Kaider, appellee, v. Jacob Kaider, appellant. Gen. No. 34,608.

Opinion filed June 15, 1931.

Charles A. Churan, for appellant. M. L. Berkemeier, for appellee.

Mr. Justice Hebel delivered the opinion of the court.